MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BIG ROCK ASSETS MANAGEMENT LLC, a Nevada limited liability company,<br><br>                                   Plaintiff,<br><br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, BANK OF AMERICA, N.A., a national association; DOES I through X, inclusive,<br><br>                                   Defendants. | Case No.:  2:22-cv-00909-CDS-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Big Rock Asserts Management LLC and Bank of America, N.A. (**BANA**) stipulate that BANA shall have through **July 21, 2022**, to file its response to Big Rock's complaint.  Big Rock filed a motion for temporary restraining order and preliminary injunction on order shortening time.  ECF No. 7.  The court ordered BANA to respond to the motion by June 17, 2022 at 4:00 p.m., and ordered the parties to appear for a hearing on June 21, 2022.  Good cause exists to grant the requested extension since the court's adjudication of the pending motion may impact the trajectory of this case.  Good cause also exists to grant the requested extension so these parties can continue to explore settlement after the court's adjudication of the pending motion.

///

///

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 13th day of June, 2022.

| AKERMAN LLP | ANDREW BAO & ASSOCIATES |
|---|---|
| */s/ Scott R. Lachman* | */s/ Andrew Bao* |
| MELANIE D. MORGAN, ESQ. | ANDREW BAO, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 10508 |
| SCOTT R. LACHMAN, ESQ. | 8020 S. Rainbow Blvd., Suite 100-163 |
| Nevada Bar No. 12016 | Las Vegas, NV 89139 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorneys for Big Rock Assets Management, LLC* |
| | |
| *Attorneys for Bank of America, N.A.* | |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Case No.:  2:22-cv-00909-CDS-DJA

**DATED:**  June 14, 2022

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572