MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BIG ROCK ASSETS MANAGEMENT LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, BANK OF AMERICA, N.A., a national association; DOES I through X, inclusive,<br><br>Defendants. | Case No.:  2:22-cv-00909-CDS-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Big Rock Assets Management, LLC and Bank of America, N.A. (**BANA**) stipulate and agree that BANA shall have an additional twenty-one (21) days, up to and including **August 11, 2022**, to file its response to Big Rock's complaint, which is currently due on July 21, 2022.  ECF No. 10.

Good cause exists to grant the requested extension.  BANA requested the extension from Big Rock so that the parties could continue to explore settlement options.  These options, one being a joint stipulation to resolve the action, may alleviate the need to respond.  ECF No. 16 at 1.  Incurring fees related to a response could also impact a potential settlement.

. . .

. . .

. . .

1

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 19th day of July, 2022.

| **AKERMAN LLP** | **ANDREW BAO & ASSOCIATES** |
|---|---|
| */s/ Scott R. Lachman*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bank of America, N.A.* | */s/ Andrew A. Bao*<br>ANDREW A. BAO, ESQ.<br>Nevada Bar No. 10508<br>8020 S. Rainbow Boulevard, Suite 100-163<br>Las Vegas, NV 89139<br><br>*Attorneys for Big Rock Assets Management, LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Case No.: 2:22-cv-00909-CDS-DJA

**DATED:** July 21, 2022