MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BIG ROCK ASSETS MANAGEMENT LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, BANK OF AMERICA, N.A., a national association; DOES I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00909-CDS-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(THIRD REQUEST)** |

Big Rock Assets Management, LLC and Bank of America, N.A. (**BANA**) stipulate that BANA shall have an additional thirty (30) days, up to and including **September 12, 2022**, to file its response to Big Rock's complaint, which is currently due on August 11, 2022.

Good cause exists to grant the requested extension since the parties are engaged in settlement negotiations with respect to this case and another pending in the court. *See Big Rock Asserts Mgmt., LLC v. MTC Financial Inc.*, No. 2:22-cv-1212-APG-NJK. The foreclosure sale related to the sister case is scheduled on September 7, 2022. The parties are attempting to reach a global settlement prior to the foreclosure sale. Incurring fees related to a response could impact a potential settlement.

. . .

. . .

1

This is the parties' third request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 10th day of August, 2022.

| **AKERMAN LLP** | **ANDREW BAO & ASSOCIATES** |
|---|---|
| */s/ Scott R. Lachman* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Andrew A. Bao* <br> ANDREW A. BAO, ESQ. <br> Nevada Bar No. 10508 <br> 8020 S. Rainbow Boulevard, Suite 100-163 <br> Las Vegas, NV 89139 <br><br> *Attorneys for Big Rock Assets Management, LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUGE
Case No.: 2:22-cv-00909-CDS-DJA

**DATED:** August 15, 2022

2