MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BIG ROCK ASSETS MANAGEMENT LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, BANK OF AMERICA, N.A., a national association; DOES I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00909-CDS-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FOURTH REQUEST)** |

Big Rock Assets Management, LLC and Bank of America, N.A. (**BANA**) stipulate that BANA shall have an additional thirty (30) days, up to and including **October 12, 2022**, to file its response to Big Rock's complaint, which is currently due on September, 2022.

Good cause exists to grant the requested extension since the parties are engaged in settlement negotiations with respect to this case and another pending in the court. *See Big Rock Asserts Mgmt., LLC v. MTC Financial Inc.*, No. 2:22-cv-1212-APG-NJK. Big Rock also recently filed another case against BANA in state court. *See Big Rock Assets Mgmt., LLC v. NDSC*, No. A-22-858117-C. The parties are attempting to reach a global settlement. Incurring fees related to a response could impact a potential settlement.

1

This is the parties' fourth request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 12th day of September, 2022.

| **AKERMAN LLP** | **ANDREW BAO & ASSOCIATES** |
|---|---|
| */s/ Scott R. Lachman* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Andrew A. Bao* <br> ANDREW A. BAO, ESQ. <br> Nevada Bar No. 10508 <br> 8020 S. Rainbow Boulevard, Suite 100-163 <br> Las Vegas, NV 89139 <br><br> *Attorneys for Big Rock Assets Management, LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Case No.: 2:22-cv-00909-CDS-DJA

**DATED:** September 13, 2022

2