Andrew A. Bao, Esq.
Nevada State Bar No. 10508
ANDREW BAO & ASSOCIATES
8020 S. Rainbow Blvd., Ste 100-163
Las Vegas, NV  89139
Tel: (702) 823-4137
abao@abao.law

Attorneys for Plaintiff,
BIG ROCK ASSETS MANAGEMENT, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BIG ROCK ASSETS MANAGEMENT LLC, a Nevada limited liability company,<br><br>Plaintiff<br><br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, BANK OF AMERICA, a National Association; DOES I-X; Inclusive<br><br>Defendants | CASE NO.:   2:22-cv-00909-CDS-DJA<br><br>(Removed from Eighth Judicial District of Nevada, Case No. A-22-852207-C)<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO BANK OF AMERICA, N.A.'S MOTION TO DISMISS COMPLAINT** |

Big Rock Assets Management, LLC ("Plaintiff") and Bank of America, N.A. ("BANA") stipulate that Plaintiff shall have up to and including **December 15, 2022**, to file its response to Bank of America, N.A.'s Motion to Dismiss Complaint, which is currently due on November 28, 2022.

Good cause exists to grant this extension.  This is Plaintiff's first request for an extension.  The proposed extension only seeks an additional 17 days from the current deadline.  Settlement discussions remain ongoing that could resolve this action and several other pending actions in this court and in state court.  Incurring fees related to a response may effect the settlement, especially if a response is not necessary.

1

1   This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

    DATED this 15th day of November, 2022.

| **AKERMAN LLP** | **ANDREW BAO & ASSOCIATES** |
|---|---|
| */s/ Scott R. Lachman* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Andrew A. Bao* <br> ANDREW A. BAO, ESQ. <br> Nevada Bar No. 10508 <br> 8020 S. Rainbow Boulevard, Suite 100-163 <br> Las Vegas, NV 89139 <br><br> *Attorneys for Big Rock Assets Management, LLC* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Case No.: 2:22-cv-00909-CDS-DJA

DATED: November 16, 2022

3201128.1