1

**Andrew A. Bao, Esq.**
**Nevada State Bar No. 10508**

2

**ANDREW BAO & ASSOCIATES**
**8020 S. Rainbow Blvd., Ste 100-163**

3

**Las Vegas, NV  89139**
**Tel: (702) 823-4137**

4

**abao@abao.law**

5

**Attorneys for Plaintiff,**
**BIG ROCK ASSETS MANAGEMENT, LLC**

6

7

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

BIG ROCK ASSETS MANAGEMENT LLC, a
Nevada limited liability company,

CASE NO.:    2:22-cv-00909-CDS-DJA

11

(Removed from Eighth Judicial District of
Nevada, Case No. A-22-852207-C)

Plaintiff

12

v.

13

NATIONAL DEFAULT SERVICING
CORPORATION, BANK OF AMERICA, a
National Association; DOES I-X; Inclusive

**STIPULATION AND ORDER TO EXTEND**
**TIME TO RESPOND TO BANK OF**
**AMERICA, N.A.'S MOTION TO DISMISS**
**COMPLAINT (SECOND REQUEST)**

14

15

Defendants

16

17

18

19

20

21

        Big Rock Assets Management, LLC ("Plaintiff") and Bank of America, N.A. ("BANA")

22

stipulate that Plaintiff shall have up to and including **January 10, 2023**, to file its response to Bank of

23

America, N.A.'s Motion to Dismiss Complaint, which is currently due on December 15, 2022.

24

        Good cause exists to grant this extension.  Since the first extension was requested, the parties

25

have discussed parameters that involve dismissing this action with prejudice.  One party has agreed to

26

the parameters and approval is pending with the other party.  Thus, a response to the motion to dismiss

27

may not necessary.

28

        This is the parties' second request for an extension of this deadline and is not intended to cause

1    any delay or prejudice to any party.

2    DATED:  December 15, 2022.

3

4

| **AKERMAN LLP** | **ANDREW BAO & ASSOCIATES** |
|---|---|
| */s/ Donna Wittig* | */s/ Andrew Bao* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>DONNA WITTIG<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Bank of America, N.A.* | ANDREW A. BAO, ESQ.<br>Nevada Bar No. 10508<br>8020 S. Rainbow Boulevard, Suite 100-163<br>Las Vegas, NV 89139<br>*Attorneys for Big Rock Assets Management, LLC* |

12

13    **IT IS SO ORDERED.**

14

15    _____

16    **UNITED STATES DISTRICT JUDGE**
      Case No.:  2:22-cv-00909-CDS-DJA

17

18    **DATED:**   December 16, 2022 _____

19

20

21

22

23

24

25

26

27

28