UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Big Rock Assets Management LLC, <br><br>Plaintiff <br><br>v. <br><br>National Default Servicing Corporation, et al., <br><br>Defendants | Case No. 2:22-cv-00909-CDS-DJA <br><br><br>**Order Dismissing Defendant from Case** |

On November 21, 2022, the court notified plaintiff Big Rock Assets Management that if proof of service for defendant National Default Servicing Corporation was not filed by December 21, 2022, the court would dismiss it from the case under Federal Rule of Civil Procedure 4(m). ECF No. 29. The deadline to do so has passed, and no proof of service has been filed.

Accordingly, IT IS HEREBY ORDERED that National Default Servicing Corporation is dismissed, without prejudice, from this action.

DATED: January 4, 2023

_____
Cristina D. Silva
United States District Judge