Andrew A. Bao, Esq.
Nevada State Bar No. 10508
ANDREW BAO & ASSOCIATES
8020 S. Rainbow Blvd., Ste 100-163
Las Vegas, NV 89139
Tel: (702) 823-4137
abao@abao.law

Attorneys for Plaintiff,
BIG ROCK ASSETS MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BIG ROCK ASSETS MANAGEMENT LLC, a Nevada limited liability company,<br><br>Plaintiff<br><br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, BANK OF AMERICA, a National Association; DOES I-X; Inclusive<br><br>Defendants | CASE NO.:   2:22-cv-00909-CDS-DJA<br><br>(Removed from Eighth Judicial District of Nevada, Case No. A-22-852207-C)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1

3201128.1

Plaintiff BIG ROCK ASSETS MANAGEMENT LLC and Defendant BANK OF AMERICA, by and through their undersigned counsel of record, hereby stipulate to dismiss this action pursuant to NRCP Rule 41(A)(ii), with prejudice. Each party shall bear its own costs and attorney's fees.

Defendant National Default Servicing was dismissed on January 4, 2023.

This stipulation resolves all remaining claims pending in this action.

IT IS SO STIPULATED.

| DATED this ___ day of January 2023 | DATED this ___ day of January 2023. |
|---|---|
| **ANDREW BAO & ASSOCIATES** | **AKERMAN LLP** |
| */s Andrew Bao* | */s Donna Wittig* (w/ auth) |
| ANDREW A. BAO, ESQ.<br>Nevada Bar No. 10508<br>8020 S. Rainbow Boulevard, Suite 100-163<br>Las Vegas, NV 89139<br><br>*Attorneys for Big Rock Assets Management, LLC* | MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>DONNA WITTIG<br>Nevada Bar No 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bank of America, N.A.* |

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**
Case No.:  2:22-cv-00909-CDS-DJA

**DATED:** ___January 10, 2023___